UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSE MICHAEL WALL,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Civ. A. No. 24-3621 (ABJ) |

## **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant, the United States of America, by and through undersigned counsel, moves to dismiss the Plaintiff, Jesse Michael Wall's Complaint under Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure for lack of subject-matter jurisdiction and for failure to state a claim for which relief can be granted. In support of this motion, Defendant refers the Court to the accompanying Memorandum of Points and Authorities. A proposed order consistent with this Motion is also enclosed.

Dated: July 22, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: */s/ Fithawi Berhane*
    FITHAWI BERHANE
    Assistant United States Attorney
    601 D Street NW
    Washington, DC 20530
    (202) 252-6653
    Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*