**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JESSE MICHAEL WALL, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 24-3621 (ABJ) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**ORDER**

It is hereby

ORDERED that defendant's Motion for Summary Judgment [24] is **GRANTED**; it is

FURTHER ORDERED that Plaintiff Wall's Motion to Challenge and Strike Defendants' Exhibit A (Errata) or, in the Alternative, to Require Correction and Supplementation [34], Plaintiff's Motion to Reaffirm Court's Prior Ruling and to Prevent Prejudicial Delay [45], Plaintiff's Motion for Enhanced Compensatory Damages Based on Continuing Emotional Distress and Delay [46], and Plaintiff's Motion to Dismiss Defendant's Renewed Motion for Summary Judgment [47] are **DENIED**; and it is

FURTHER ORDERED that **JUDGMENT** shall be entered for defendant.

This is a final appealable Order.

SO ORDERED.

AMY BERMAN JACKSON
United States District Judge

DATE: July 7, 2026